DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SRINATH SUBRAMANIAN,**
Appellant,

v.

**VEENA SUBRAMANIAN,**
Appellee.

No. 4D16-4262

[February 15, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Lester Langer, Judge; L.T. Case No. 14-274 DVCE (58).

Elizabeth J. Kates, Pompano Beach, and Lisa Marie Macci of Lisa Marie Macci, PA, Boca Raton, for appellant.

Terrence P. O'Connor of Morgan, Carratt & O'Connor, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE and KLINGENSMITH, JJ., concur.

\* \* \*

*Not final until disposition of timely filed motion for rehearing.*